UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:23-cv-01165-JLB-KCD

THERESA PEPLINSKI
AND JOSEPH PEPLINSKI,
   *Plaintiffs,*

vs.

LEXINGTON INSURANCE COMPANY,
   *Defendant*,
_____/

## **NOTICE OF SETTLEMENT**

Plaintiffs, THERESA PEPLINSKI AND JOSEPH PEPLINSKI, by and through the undersigned counsel, hereby notify the Court that the parties have settled the above-captioned matter. Once settlement is finalized, the parties will file a Joint Stipulation of Dismissal with Prejudice.

Dated: May 2, 2024.

                              Respectfully submitted,

                              INSURANCE LITIGATION GROUP, P.A.

                              By: */s/ Tania Wiliams*
                              TANIA WILLIAMS, ESQ.
                              Florida Bar No.: 599425
                              1500 N.E 162nd Street
                              Miami, FL 33162
                              Telephone: (786) 529-0090
                              Facsimile: (866) 239-9520
                              E-Mail: service@ilgpa.com
                              twilliams@ilgpa.com
                              kpaul@ilgpa.com
                              ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 02, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court: Eugene Murphy, Esq.

Eugene Murphy, Esq.
ROBINSON + COLE LLP
777 Brickell Avenue, Suite 680
Miami, FL 33131
Telephone: (786) 725-4120
Facsimile: (786) 725-4121
E-mail: emurphy@rc.com
***Attorney for Defendant***